## KNECHT *v.* KNECHT.

[No. 11,169. Filed March 16, 1922.]

From Dearborn Circuit Court; *Charles A. Lowe,* Judge.

Action between William Knecht and Alvis Knecht. From the judgment rendered, the former appeals. *Affirmed.*

*Givan & Givan,* for appellant.
*T. S. Cravens,* for appellee.

PER CURIAM.—Judgment affirmed.

## BAMBOO INN *v.* LAWRENCE.

[No. 11,249. Filed April 4, 1922.]

From Marion Superior Court (A10,433); *Theophilus J. Moll,* Judge.

Action between the Bamboo Inn and Dora Lawrence. From the judgment rendered, the former appeals. *Affirmed.*

*William N. Harding* and *Omer U. Newman,* for appellant.
*G. R. Estabrook,* for appellee.

PER CURIAM.—Judgment affirmed.

## TROXEL *v.* MILNER.

[No. 11,283. Filed April 18, 1922.]

From Clinton Circuit Court; *Joseph Combs,* Judge.

Action between Daniel J. Troxel and George D. Milner. From the judgment rendered, the former appeals. *Affirmed.*

*Owen E. Brumbaugh* and *Combs & Laymon,* for appellant.
*Harry C. Sheridan,* for appellee.

PER CURIAM.—Judgment affirmed.

## ILLINOIS SURETY COMPANY *v.* PUTNAM.

[No. 11,211. Filed April 18, 1922.]

From Porter Superior Court; *Harry L. Crumpacker,* Judge.

Action between the Illinois Surety Company, J. S. Hopkins, receiver, and Lucy D. Putnam. From the judgment rendered, the former appeals. *Appeal dismissed.*